FILED
AUG -2 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.   **4:17CR00347 ERW/DDN** |
| v. ) | |
| ) | |
| DENZEL DEVON COLEMAN, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

Between on or about December 7, 2016 and December 16, 2016, within the Eastern District of Missouri and elsewhere, the defendant,

**DENZEL DEVON COLEMAN,**

did knowingly use facilities in interstate commerce with the intent to promote, manage, establish, and carry on an unlawful activity, to wit: prostitution, and thereafter did knowingly promote, manage, establish and carry on that unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

A TRUE BILL.


_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney


_____
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney