UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 4:17-CR-00347-ERW-DDN |
| DENZEL DEVON COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S DISCLOSURE OF ARGUABLY SUPPRESSIBLE EVIDENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)

Comes now the United States of America, by and through its attorneys, Carrie Costantin, Acting United States Attorney for the Eastern District of Missouri, and Jennifer A. Winfield, Assistant United States Attorney for said District, and makes the following disclosures pursuant to Federal Rule of Criminal Procedure 12(b)(4):

At trial, the Government intends to use the evidence seized and statements made during the events described below. This evidence and these statements are more fully set forth in investigative reports which have been made available to defendant.

The Government has listed the evidence below that it believes defendant Coleman could possibly argue standing to contest each matter, although the Government is in no way conceding that the defendant, in fact, has standing on these events.

| EVENT/ITEMS |
| --- |
| • **Backpage Ads and Invoices** |
| • **Video of Text Messages** |
| • **ATT Records** |
| • **Facebook records** |
| • **Google records** |
| • **Shop and Save Records** |
| • **Photos of Hotel Rooms** |
| • **St. Louis County PD Report 16-64915** |
| • **St. Louis County PD Forensic Report** |
| • **St. Louis County PD Consent to search** |
| • **T-Mobile records** |
| • **Sprint Records** |

Respectfully submitted,

CARRIE COSTANTIN
Acting United States Attorney

 */s/ Jennifer A. Winfield*
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

 */s/ Jennifer A. Winfield*
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney