UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) No. 4:17-CR-00347-ERW-DDN |
| DENZEL DEVON COLEMAN, | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION FOR A DETERMINATION OF
ADMISSIBILITY PURSUANT TO TITLE 18 U.S.C. §3501**

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Carrie Costantin, Acting United States Attorney, and Jennifer A. Winfield, Assistant United States Attorney for said district, and files its request pursuant to Title 18 U.S.C. §3501 and Rule 12(d) for a determination of the admissibility of a confession by defendant.

Respectfully submitted,

CARRIE COSTANTIN
United States Attorney

  /s/   Jennifer A. Winfield
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney
111 S. Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

      */s/Jennifer A. Winfield*
      JENNIFER A. WINFIELD, #53350MO
      Assistant United States Attorney